# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FREY,<br><br>                        Plaintiff,<br>v.<br><br>CITIBANK, N.A.,<br><br>                        Defendant. | Case No.: 19cv2357-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION AND ARBITRATE CLAIMS**<br><br>[Doc. No. 5] |

On February 14, 2020, the parties filed a joint motion to stay this action pending the individual arbitration of Plaintiff Benjamin Frey's claims. *See* Doc. No. 5. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **STAYS** this action pending the completion of arbitration. The Clerk of Court is instructed to terminate all pending deadlines and administratively close the case. The parties must file a joint status report with the Court every ninety (90) days from the date of this Order advising the Court of the status of the arbitration. Further, the parties must notify the Court within seven (7) days of the conclusion of the arbitration proceedings.

**IT IS SO ORDERED.**

Dated: February 18, 2020

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge