# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN FREY,<br><br>                                    Plaintiff,<br>v.<br>CITIBANK, N.A.,<br>                                    Defendant. | Case No.: 3:19-cv-02357-MMA-NLS<br><br>**ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>[Doc. No. 7] |

This Court, having reviewed the matter as stated above and finding good cause therefor, **GRANTS** the joint motion, and orders this matter **DISMISSED** in its entirety, **with prejudice**, in accordance with the terms set forth therein.  Each party shall bear its own fees and costs.  The Court **DIRECTS** the Clerk of Court to close the case.

   **IT IS SO ORDERED**.

Dated:  May 12, 2020

_____
MICHAEL M. ANELLO
United States District Judge

1

3:19-cv-02357-MMA-NLS